# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Ambro, Thomas L. | **2. Court or Organization**<br><br>U.S. Court of Appeals, 3rd Cir | **3. Date of Report**<br><br>02/01/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Federal Courthouse
844 N. King Street, Lock Box 32
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Thomas L. Ambro Revocable Trust |
| 2. | Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. | Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. | Member | Georgetown University Law Center Board of Visitors |
| 5. | Member | Board of Editors, Delaware Lawyer |
| 6. | Member, Advisory Board | Working Group on Legal Opinions Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 02/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2018 | Georgetown University - teaching | $6,250.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Aspen Institute | July 20-22, 2018 | Queenstown, MD | The Justice and Society Program | Transportation, Lodging |
| 2. | Georgetown University | September 9-10, 2018 | Washington, DC | Teaching Class | Transportation |
| 3. | Georgetown University | September 16-17, 2018 | Washington, DC | Teaching Class | Transportation |
| 4. | Georgetown University | September 23-24 2018 | Washington, DC | Teaching Class | Transportation |
| 5. | Georgetown University | October 1-2, 2018 | Washington, DC | Teaching Class | Transportation |
| 6. | Georgetown University | October 21-22, 2018 | Washington, DC | Teaching Class | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 02/01/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Georgetown University | October 28-29, 2018 | Washington, DC | Teaching Class | Transportation |
| 8. | Georgetown University | November 5, 2018 | Washington, DC | Teaching Class | Transportation |
| 9. | Georgetown University | November 11-12, 2018 | Washington, DC | Teaching Class | Transportation |
| 10. | Georgetown University | November 17-19, 2018 | Washington, DC | Teaching Class | Transportation |
| 11. | Georgetown University | November 25-26, 2018 | Washington, DC | Teaching Class | Transportation |
| 12. | Georgetown University | November 30, 2018 | Washington, DC | Teaching Class | Transportation |
| 13. | Georgetown University | December 2-3, 2018 | Washington, DC | Teaching Class | Transportation |
| 14. | Georgetown University | December 17-18, 2018 | Washington, DC | Teaching Class | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 02/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.  TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 139) | P1 |
| 2.  TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 139) | P1 |
| 3.  TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 139) | P1 |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank Account | | None | L | T | | | | | |
| 2. M&T Bank Account | | None | J | T | | | | | |
| 3. Trust Account #6 (H) | | | | | | | | | |
| 4. - Harris Assoc Oakmark I | E | Dividend | M | T | Sold (part) | 02/28/18 | J | A | |
| 5. | | | | | Sold (part) | 07/13/18 | J | B | |
| 6. - Wells Fargo Bank, N.A. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 7. IRA Account #2 (H) | | | | | | | | | |
| 8. - Fairholme Fund | B | Dividend | L | T | | | | | |
| 9. - Dodge & Cox Intl Stock FD | B | Dividend | K | T | | | | | |
| 10. - Federated Strategic Value Dividend FD | C | Dividend | L | T | | | | | |
| 11. - Natixis FDS TR I Oakmark Intl FD | B | Dividend | K | T | | | | | |
| 12. - Brandes Invt TR Instl Emerging Mkts FD | A | Dividend | K | T | | | | | |
| 13. - Matthews Asia Dividend FD | B | Dividend | K | T | | | | | |
| 14. - Primecap Odyssey FDS Aggressive Growth FD | C | Dividend | L | T | | | | | |
| 15. - Pimco Equity SER | C | Dividend | L | T | | | | | |
| 16. - Neuberger Berman Alternative FDS | C | Dividend | K | T | Sold (part) | 10/02/18 | K | B | |
| 17. - Primecap Odyssey Growth | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Virtus Emerging Markets Opportunities Fund | B | Dividend | K | T | | | | | |
| 19. - JP Morgan TR I Strategic Income Opportunity | C | Dividend | M | T | | | | | |
| 20. - Dodge & Cox Stock FD | D | Dividend | L | T | | | | | |
| 21. - Dodge & Cox Income FD | C | Dividend | M | T | | | | | |
| 22. - Doubleline FDS TR Total Return BD FD | C | Dividend | M | T | | | | | |
| 23. - Harris Assoc Invt TR Oakmark Global Select FD | D | Dividend | M | T | | | | | |
| 24. - Federated Equity FDS Intl Strategic Value Div FD | B | Dividend | K | T | | | | | |
| 25. - Saratoga Advantage TR James Alpha Glbl Real Estate Invst | D | Dividend | L | T | | | | | |
| 26. - T Rowe Price New Era Fund | A | Dividend | K | T | | | | | |
| 27. - Steelpath MLP FDS TR Oppenheimer | B | Dividend | K | T | | | | | |
| 28. - Artisan Partners FDS Inc Global Value FD Adv | C | Dividend | L | T | | | | | |
| 29. - Guggenheim FDS TR Macro Opportunities FD Instl CL | C | Dividend | L | T | | | | | |
| 30. - Kinetics MUT FDS INC Paradigm Fund Instl CL | A | Dividend | J | T | | | | | |
| 31. - Kinetics MUT FDS Inc Small Cap Opportunities FD Instl CL | | None | J | T | | | | | |
| 32. - Pimco Low Duration Income Fund | D | Dividend | M | T | | | | | |
| 33. - Pimco FDS Income FD Instl CL | C | Dividend | L | T | | | | | |
| 34. - Trust for Advised port Miller Opportunity TR | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Artisan Intl Small Cap Fund Investor Series | D | Dividend | K | T | | | | | |
| 36. - Brown Cap Mgmt Small Co FD Instl CL | A | Dividend | J | T | | | | | |
| 37. - Devon Energy Corp | A | Dividend | J | T | | | | | |
| 38. - Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 39. - Fairholme FDS In Fosused Income Fund | A | Dividend | K | T | Sold (part) | 03/27/18 | K | | |
| 40. - Oakmark International Small Cap FD Advisor CL | B | Dividend | K | T | | | | | |
| 41. - Knot Offshore Partners LP | D | Dividend | L | T | | | | | |
| 42. - Marine Harvest Asaspon Adr | B | Dividend | K | T | | | | | |
| 43. - Matthews Intl FD Asian Growth & Income FD | D | Dividend | L | T | | | | | |
| 44. - Miller Invt Trust Convertible BD FD | E | Dividend | O | T | Sold (part) | 08/15/18 | J | | |
| 45. | | | | | Sold (part) | 10/12/18 | J | | |
| 46. | | | | | Sold (part) | 10/25/18 | K | | |
| 47. - Professionally Managed Portfolio CL Instl Hodges Small Cap | A | Dividend | J | T | | | | | |
| 48. - Rex Energy Corp | | None | | | Closed | 11/21/18 | | | |
| 49. - Sunoco LP | D | Distribution | L | T | | | | | |
| 50. - Vanguard Specialized Energy FD Admiral Shares | A | Dividend | J | T | | | | | |
| 51. - American Midstream Partners LP | A | Dividend | J | T | Buy | 08/15/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Buckeye Partners LP | A | Distribution | J | T | Buy | 10/22/18 | K | | |
| 53. - Crossamerica Partners LP | A | Distribution | J | T | Buy | 05/15/18 | K | | |
| 54. - Enbridge Energy Partners LP | A | Distribution | | | Buy | 05/15/18 | J | | |
| 55. | | | | | Merged (with line 56) | 12/20/18 | J | | |
| 56. - Enbridge Inc | A | Dividend | L | T | Buy | 09/27/18 | K | | |
| 57. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 58. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 59. - Golar LNG LTD | A | Dividend | K | T | Buy | 08/15/18 | K | | |
| 60. - Hoegh LNG Partners LP | B | Dividend | K | T | Buy | 07/24/18 | K | | |
| 61. | | | | | Buy (add'l) | 08/15/18 | K | | |
| 62. - Alger Funds Small Cap Focus FD | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 63. - Matthews Asia Funds Innovators Fund Investor CL IV | A | Dividend | J | T | Buy | 09/27/18 | J | | |
| 64. - Oppenheimer Emerging Markets Local Debt Fund | B | Dividend | K | T | Buy | 03/27/18 | K | | |
| 65. - Vanguard World FD Intl Growth FD | A | Dividend | J | T | Buy | 05/24/18 | J | | |
| 66. - Wasatch Advisors FDS Core Growth FD | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 67. - Ensco Plc | A | Dividend | | | Buy | 01/04/18 | J | | |
| 68. | | | | | Distributed | 03/13/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    - Transocean LTD | | None | | | Buy | 01/04/18 | J | | |
| 70. | | | | | Distributed | 03/13/18 | J | | |
| 71.    - General Electric Company | A | Dividend | | | Buy | 08/16/18 | J | | |
| 72. | | | | | Sold | 09/27/18 | J | | |
| 73.    Trust Account #12 (H) | | | | | | | | | |
| 74.    - Fairholme Fund | A | Dividend | | | Sold (part) | 07/30/18 | J | | |
| 75. | | | | | Sold (part) | 08/03/18 | K | | |
| 76. | | | | | Sold | 12/17/18 | K | | |
| 77.    - Dodge & Cox Intl Stock FD | A | Dividend | K | T | | | | | |
| 78.    - Matthews Asia Dividend FD | C | Dividend | K | T | | | | | |
| 79.    - Primecap Odyssey FDS Aggressive Growth FD | C | Dividend | K | T | | | | | |
| 80.    - Dodge & Cox Stock Fund | C | Dividend | L | T | | | | | |
| 81.    - Wells Fargo Bank, N.A.Bank Deposit Sweep | B | Interest | K | T | | | | | |
| 82.    - Saratoga Advantage TR James Alpha Glbl Real Estate | B | Dividend | K | T | | | | | |
| 83.    - Pimco Multi-MGR Short Duration Muni Inc Fund Inst CL | A | Dividend | J | T | Sold (part) | 01/02/18 | K | | |
| 84. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 85. | | | | | Buy (add'l) | 01/19/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 87. | | | | | Sold (part) | 02/07/18 | J | | |
| 88. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 89. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 90. | | | | | Sold (part) | 04/11/18 | L | | |
| 91. | | | | | Buy (add'l) | 05/07/18 | J | | |
| 92. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 93. | | | | | Buy (add'l) | 07/05/18 | J | | |
| 94. | | | | | Sold (part) | 07/30/18 | J | | |
| 95. | | | | | Buy (add'l) | 08/06/18 | J | | |
| 96. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 97. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 98. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 99. - American Funds Developing World Growth & Income FD | A | Dividend | J | T | | | | | |
| 100. - Artisan Intl Small Cap Fund Investor Series | | None | | | Sold | 10/25/18 | K | | |
| 101. - Oakmark Global Select Fund Advisor Class | B | Dividend | K | T | | | | | |
| 102. - Oakmark International Small Cap FD Advisor CL | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Matthews Intl FD Asain Growth & Income FD | B | Dividend | J | T | | | | | |
| 104. - Nuveen Muni TR HIgh Yield Mun BD FD | C | Dividend | K | T | Sold (part) | 04/11/18 | K | | |
| 105. | | | | | Sold (part) | 04/16/18 | J | | |
| 106. | | | | | Sold (part) | 06/01/18 | J | | |
| 107. - Virtus Funds Vontobel Emerging Mkts Opportunities FD | A | Dividend | J | T | | | | | |
| 108. - Ensco Plc | A | Dividend | K | T | Buy (add'l) | 12/19/18 | J | | |
| 109. -Brown Cap Mgmt Mut FDS Brown Cap Mgmt Small Co FD | A | Dividend | J | T | | | | | |
| 110. - BHP Billiton LTF Spon Adr | A | Dividend | K | T | | | | | |
| 111. - Cabot Oil & Gas | A | Dividend | J | T | | | | | |
| 112. - Enbridge Inc | A | Dividend | K | T | Buy (add'l) | 08/15/18 | J | | |
| 113. - Enterprise Products Partners | | None | K | T | | | | | |
| 114. - Energy Trsnsfer Partners | | None | K | T | | | | | |
| 115. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 116. - Medley Capital Corp | B | Dividend | J | T | | | | | |
| 117. - Microsoft Corp | B | Dividend | L | T | Sold (part) | 12/18/18 | J | D | |
| 118. - National Oil Well Varco Inc | A | Dividend | J | T | | | | | |
| 119. - Natixis FDS TR II Vaughan Nelson Select FD CL Y | A | Dividend | J | T | Sold (part) | 07/30/18 | J | C | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Natixis Fund Trust II Vaughan Nelson Value Class Y | A | Dividend | J | T | | | | | |
| 121. - Plains GP Holdings LP | A | Dividend | | | Sold | 08/15/18 | J | | |
| 122. - Range Resources | A | Dividend | J | T | | | | | |
| 123. - Rex Energy | | None | | | Sold | 05/22/18 | J | | |
| 124. - Rio Tinto Plc Spon Adr | B | Dividend | K | T | | | | | |
| 125. - South32 LTD Spon | A | Dividend | J | T | | | | | |
| 126. - Southwestern Energy Co | | None | K | T | Buy (add'l) | 02/06/18 | K | | |
| 127. | | | | | Sold (part) | 09/27/18 | K | | |
| 128. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 129. - USA Compression Partners LP Com | | None | J | T | | | | | |
| 130. - Vanguard Funds Dividend Growth Fund Investor Class | B | Dividend | J | T | | | | | |
| 131. - Vanguard Sprcialized Portfolios Energy Port Investor Class | B | Dividend | K | T | Sold (part) | 10/12/18 | J | | |
| 132. - Weatherford International PLC WFT | | None | J | T | | | | | |
| 133. - WSFS Financial Corp | A | Dividend | J | T | | | | | |
| 134. - T Rowe Price New Era fund | | None | | | Buy | 05/02/18 | J | | |
| 135. | | | | | Sold | 12/10/18 | J | | |
| 136. - Steelpath MLP FDS TR Oppnheimer | B | Dividend | K | T | Buy | 05/02/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Buckeye Partners LP Unit LTD Partnersihp | | None | K | T | Buy | 09/27/18 | K | | |
| 138. - Voya CBRE Global Infrastructure FD CL I | A | Dividend | K | T | Buy | 10/25/18 | K | | |
| 139. Springside, LLC (2000 - $300,000, 2012-$20,123) | E | Rent | P1 | W | | | | | |
| 140. Trust #16 (H) | | | | | | | | | |
| 141. - Apollo Investment Corp | A | Dividend | J | T | | | | | |
| 142. - Blackrock Kelso Capital Corp | B | Dividend | K | T | | | | | |
| 143. - Medley Capital Corp | C | Dividend | K | T | | | | | |
| 144. - Wells Fargo Bank, N.A.Bank Deposit Sweep | | None | J | T | | | | | |
| 145. - Golub Cap BDC Inc | D | Dividend | K | T | | | | | |
| 146. - TPG Specialty Lending Inc | C | Dividend | K | T | | | | | |
| 147. PCM Family LLC | A | Dividend | M | W | | | | | |
| 148. The Sequoia Fund | E | Dividend | L | T | Buy (add'l) | 01/02/18 | J | | |
| 149. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 150. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 151. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 152. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 153. | | | | | Buy (add'l) | 06/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 155. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 156. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 157. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 158. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 159. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 160.  Trust #18 (H) | | | | | | | | | |
| 161.  - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 162.  - West Wilson Util Dist TN WTR WKS Rev | B | Interest | L | T | | | | | |
| 163.  - Montana ST BRD Regents High Ed Rev | B | Interest | K | T | | | | | |
| 164.  - Ocean Cnty NJ RFDG SER A G/O Unl TD | B | Interest | L | T | | | | | |
| 165.  - Port Seattle WA REV RFDG Inter Ser a | B | Interest | L | T | | | | | |
| 166.  - Metropolitan Transn Auth NY Rev | C | Interest | L | T | | | | | |
| 167.  - New York NY City Transtnl FIn Auth Bldg Aid Rev | B | Interest | | | Redeemed | 08/27/18 | K | | |
| 168.  - New Mexico Fin Auth Rev SR Lien Pub Proj Rvlvng FD Ser C | C | Interest | L | T | | | | | |
| 169.  - New York ST Envmntl Facs Corp Rev ST Ser D | B | Interest | L | T | | | | | |
| 170.  - Central Puget Sound WA Regl Tran Auth Sales & Use Tax Rev | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - New York ST Dorm Uth Revs Non ST Supported Debt CPN | B | Interest | L | T | | | | | |
| 172.  - USF Fing Corp FL CTF Partn Rfdg Mstr Lse PG Ser | B | Interest | L | T | | | | | |
| 173.  - Hawaii St Unrefunded Balance Rfdg Ser Ed | A | Interest | J | T | | | | | |
| 174.  - Athens Clarke Cnty GA Uni Govt Dev Auth Rev Rfdg Univ GA | B | Interest | | | Sold | 06/29/18 | L | | |
| 175.  - Harris Cnty TX Cultural Ed Facs Fin Corp Med FA CS Rev | A | Interest | K | T | | | | | |
| 176.  - Hays Cnty TX LTD Tax G/O | C | Interest | | | Sold | 12/13/18 | K | | |
| 177.  - Salt Riv Proj Agric Impt & PWR Dist AZ Elec SY S Rev BD | B | Interest | L | T | | | | | |
| 178.  - Huntsville AL GO WTS 2018 A G/O | | None | K | T | Buy | 04/20/18 | K | | |
| 179.  - Jefferson Cnty Co Sch Dist R G/O | | None | L | T | Buy | 12/14/18 | L | | |
| 180.  - York County PA GO RFDG BDS 2017 G/O | B | Interest | L | T | Buy | 06/29/18 | L | | |
| 181.  - Westfield IN High Sch 1995 Building Corp Unltd | | None | K | T | Buy | 09/13/18 | K | | |
| 182. Trust #19 (H) | | | | | | | | | |
| 183.  - Wells Fargo Bank, N.A. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 184.  - iShares Russell 1000 Value FD | | None | | | Sold | 10/09/18 | J | A | |
| 185.  - iShares Core S&P 500 Index FD | B | Dividend | K | T | Sold (part) | 10/09/18 | K | D | |
| 186.  - Vanguard FTSE Developed Markets ETF | B | Dividend | L | T | Buy (add'l) | 10/09/18 | J | | |
| 187.  - Vanguard INTL Equity Index FDS FTSE Emerging MKTS | A | Dividend | K | T | Buy (add'l) | 10/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Vanguard Mid Cap | A | Dividend | J | T | Sold (part) | 10/09/18 | J | A | |
| 189. - Vanguard REIT | A | Dividend | J | T | Buy (add'l) | 10/09/18 | J | | |
| 190. - Vanguard Small Cap Value VBR | A | Dividend | J | T | Buy (add'l) | 10/09/18 | J | | |
| 191. - Vanguard Small Cap VB | A | Dividend | J | T | Sold (part) | 10/09/18 | J | B | |
| 192. - Vanguard Total Bond Market BND | A | Dividend | J | T | Buy (add'l) | 10/09/18 | J | | |
| 193. - Vanguard Total Stock Market ETF | A | Dividend | K | T | Buy (add'l) | 10/09/18 | J | | |
| 194. - Vanguard Mid-Cap Value ETF Index Fund | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 195. - Vanguard Value ETF | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 196. IRA #6 (H) | | | | | | | | | |
| 197. - Invesco Global Real Estate | A | Dividend | | | Sold | 09/24/18 | K | A | |
| 198. - DWS Enhanced Commdty Strat Fund | A | Dividend | J | T | | | | | |
| 199. - Columbia Select Large Cap Growth Fund CL Z | D | Dividend | K | T | Sold (part) | 01/12/18 | J | | |
| 200. | | | | | Sold (part) | 04/13/18 | J | | |
| 201. | | | | | Sold (part) | 07/13/18 | J | | |
| 202. - Eaton Vance Mutual FDS Trust Global Macro Abslt Return Advtg FD | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 203. | | | | | Distributed (part) | 03/14/18 | J | | |
| 204. - John Hancock FDS II Global Absolute Return Strategies FD CL I | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Distributed (part) | 03/14/18 | J | | |
| 206. - Hotchkis & Wiley FDS Mid Cap Value FD CL I | A | Dividend | J | T | | | | | |
| 207. - John Hancock Funds II Absolute Return Currency FD CL I | | None | J | T | Buy (add'l) | 01/04/18 | J | | |
| 208. | | | | | Distributed (part) | 03/14/18 | J | | |
| 209. - MFS Ser TR I Value FD | B | Dividend | K | T | | | | | |
| 210. - MFS Ser TR X Emerging Mkts Debt FD CL I | A | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 211. | | | | | Distributed (part) | 03/14/18 | J | | |
| 212. - JP Morgan TR I US Large Cap Core Plus FD SEL CL | D | Dividend | K | T | Sold (part) | 10/12/18 | J | A | |
| 213. - Neuberger Berman Alternative FDs Long Short FD Instl CL | A | Dividend | J | T | | | | | |
| 214. - American Europacific Growth FU CL F2 | B | Dividend | K | T | | | | | |
| 215. - Oppenheimer Dev Mkts CL Y | A | Dividend | K | T | | | | | |
| 216. - Oppenheimer Intl BD FD CL Y | A | Dividend | J | T | | | | | |
| 217. - Principal FDS Inc High Yield FD Instl CL | B | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 218. | | | | | Distributed (part) | 03/14/18 | J | | |
| 219. - Victory Sycamore Small Co Oppty FD CL I | B | Dividend | K | T | | | | | |
| 220. - AQR FDS Managed Futures Strategy FL CL I | | None | J | T | | | | | |
| 221. - Principal FDS Inc Global Multi Strategy FD Instl CL | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Ambro, Thomas L.** | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Wells Fargo Funds TR Special Mid Cap Value FD CL I | A | Dividend | J | T | | | | | |
| 223. - American Century Invt TR Diversified BD FD | B | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 224. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 225. | | | | | Distributed (part) | 03/14/18 | J | | |
| 226. | | | | | Distributed (part) | 03/16/18 | J | | |
| 227. -Brown Advisory FDS Small Cap Growth FD | A | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 228. | | | | | Distributed (part) | 03/14/18 | J | | |
| 229. - MFS Series TR XII Global Real Estate Fund | A | Dividend | K | T | Buy | 09/24/18 | K | | |
| 230. Roth IRA #1 (H) | | | | | | | | | |
| 231. -Ensco PLC Class 1 | A | Dividend | J | T | Open | 03/13/18 | J | | |
| 232. - Transocean LTD | | None | J | T | Open | 03/13/18 | J | | |
| 233. Roth IRA #2 (H) | | | | | | | | | |
| 234. - Exxon Mobil Corp | A | Dividend | J | T | Buy | 10/11/18 | J | | |
| 235. - Brown Advisory FDS Adisory Small Cap Growth FD | A | Dividend | J | T | Open | 03/14/18 | J | | |
| 236. - MFS SER TR X Emerging MKTS Debt FD CL1 | A | Dividend | J | T | Open | 03/14/18 | J | | |
| 237. - American Century Invt Diversified BD FD | A | Dividend | | | Open | 03/14/18 | J | | |
| 238. | | | | | Sold | 10/11/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 02/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Eaton Vance Mutual FD TR Global Macro Abslt Return | | None | | | Open | 03/14/18 | J | | |
| 240. | | | | | Sold | 10/11/18 | J | | |
| 241. - John Hancock FDS II Global Absolute Return Strategies | | None | | | Open | 03/14/18 | J | | |
| 242. | | | | | Sold | 10/11/18 | J | | |
| 243. - John Hancock FDS II Absolute Return Currency FD CL I | | None | | | Open | 03/14/18 | J | | |
| 244. | | | | | Sold | 10/11/18 | J | A | |
| 245. - Principal FDS Inc High Yield FD Instl CL | A | Dividend | | | Open | 03/14/18 | J | | |
| 246. | | | | | Sold | 10/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 02/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 48 went bankrupt.  No proceeds received.

Asset listed in Part VII, Lines 68 and 70 were transferred to Roth #1 reported on lines 231-232 as open.

Asset listed in Part VII, Line 139, has rental activity from property located near Newark, DE.

Asset listed in Part VII, Line 147, has rental activity from property located in New Castle County, DE.

Assets listed in Part VII, line 198 changed its name from Deutsche Secs TR Enhanced Commodity Strat FD Instl Class to DWS Enhanced Commdty Strat Fund.

Assets listed in Part VII, lines 203, 205, 208, 211, 218, 225, 226, 228 were transferred to Roth #2 and reported on lines 234-237 as open.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ambro**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544